FILED
SEP 21 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>AFZAL A. KHAN | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 1:06 mj 93-SRW |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 19, 2006,__ in __Houston__ county, in the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense) travel in interstate and foreign commerce with the intent to kill, injure, harass, and intimidate a spouse and intimate partner, and who in the course of and as a result of such travel, commits and attempts to commit a crime of violence against that spouse and intimate partner,

in violation of Title __18__ United States Code, Section(s) __2261(a)(1)__

I further state that I am an __Investigator with the United States Attorney's Office__ and that this complaint is based on the following facts:
                                              Official Title

See attached Affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

SEPTEMBER 21, 2006                    at    MONTGOMERY, AL
Date                                         City and State

HONORABLE SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE          _____
Name & Title of Judicial Officer              Signature of Judicial Officer

## AFFIDAVIT

I, the undersigned affiant, being duly sworn state the following is true and correct to the best of my knowledge and belief. My name is Leslie H. Brown and I am an Investigator for the U.S. Attorney's Office, Middle District of Alabama, assigned to the FBI's Joint Terrorism Task Force at the Montgomery Field Office, Montgomery, AL. I have been with the Task Force for four (4) years. The following facts and information have been provided to me by law enforcement officers in the State of Alabama.

On or about June 19, 2006, Afzal A. Khan, white male, date of birth: May 25, 1982, address: 105 Peach Tree Lane, Egg Harbor TWP, New Jersey, 08234, drove his vehicle from his home in New Jersey to Cottonwood, Alabama and threatened his former girlfriend, Tiffany Jones, with a handgun in an attempt to force her to travel to New Jersey against her will. Khan told Tiffany to pack her bags because she was going back to New Jersey with him. Kahn also stated if she did not pack her bags he would find her father, David Jones, and put a bullet in his head. Khan made these statements while waving the handgun in Tiffany's direction. Tiffany had been living with Khan in New Jersey for about one year and moved back to Alabama after breaking off an engagement with him. Tiffany had been living with her father in Cottonwood, Alabama for about one and one half weeks when this incident occurred. David Jones, Tiffany's father, was not present when Khan made the threats but returned home shortly thereafter and called the Houston County Sheriff's Office to report Khan's conduct. In a controlled tape recorded telephone call from Tiffany to Khan on or about July 5, 2006, Afzal A. Khan admitted to making the statement, "I will blow your father's brains out", during the incident on June 19, 2006.

Khan made ninety-one (91) telephone calls to Tiffany Jones' home in Cottonwood, Alabama between the 15th and 18th of June 2006. Khan's cellular telephone records confirm that Khan was in New Jersey when these telephone calls were made.

Based upon the foregoing facts, the affiant believes Khan's actions on June 19, 2006, are in violation of 18 USC 2261 (a) (1), Interstate Domestic Violence, which states, "A person who travels in interstate and foreign commerce with the intent to kill, injure, harass, and intimidate a spouse and intimate partner, and who in the course of and as a result of such travel, commits and attempts to commit a crime of violence against that spouse and intimate partner shall be punished".

_____
Leslie H. Brown, Investigator
Affiant


Sworn to before me and subscribed
in my presence this the 21st day of September, 2006.
_____
United States Magistrate Judge