FILED
OCT 11 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 1:06cr230-WKW-SRW |
| v. | ) | [18 USC 2261(a)(1) |
| | ) | |
| AFZAL A. KHAN | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about June 19, 2006, in Houston County, within the Middle District of Alabama, the defendant,

AFZAL A. KHAN,

did travel in interstate and foreign commerce with the intent to kill, injure, harass, and intimidate a spouse and intimate partner, and who in the course of and as a result of such travel, committed and attempted to commit a crime of violence against that spouse and intimate partner, all in violation of Title 18, United States Code, Section 2261(a)(1).

A TRUE BILL:

*/s/ James Davis Williams*
Foreperson

*/s/ Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Todd A. Brown*
Todd A. Brown
Assistant United States Attorney