UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-230-WKW-SRW |
| AFZAL A. KHAN | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc #7), filed October 20, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Houston County Jail, Dothan, AL, commanding it to deliver AFZAL A. KHAN, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this court at Montgomery, Alabama, on November 29, 2006, at 10:00am, and to return said prisoner to said official when the Court has finished with him.

Done, this 23rd day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE