IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CASE NUMBER: 1:06cr230-WKW |
| ) | |
| AFZAL A. KHAN   ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN AND/OR KEEPER OF THE   <u>HOUSTON COUNTY JAIL</u>
                    AT   <u>DOTHAN, ALABAMA</u>

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
       OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **AFZAL A. KHAN**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at Courtroom <u>4-A</u> of said Court, in the City of <u>MONTGOMERY</u>, <u>ALABAMA</u> on **NOVEMBER 29, 2006**, at **10:00 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

   BY ORDER OF THE COURT.

   DONE this the <u>23rd</u> day of OCTOBER, 2006.

                            DEBRA P. HACKETT, CLERK
                            UNITED STATES DISTRICT COURT
                            MIDDLE DISTRICT OF ALABAMA

                            By: _/s/_____
                                Deputy Clerk