IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| V. | * | CASE NO: 1:06cr230-WKW |
| AFZAL A. KHAN, | * | |
| DEFENDANT. | * | |

**ENTRY OF APPEARANCE**

COMES NOW James W. Parkman, III, the undersigned counsel, and enters his Notice of Appearance for Defendant, AFZAL A. KHAN, in the above styled case.

Dated this the 29th day of November, 2006.

/s/ James W. Parkman, III
ATTORNEY FOR DEFENDANT

OF COUNSEL:
James W. Parkman, III
PARKMAN, ADAMS & WHITE, LLC
739 West Main St
Dothan, AL 36301
(334) 792-1900
parkman@graceba.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 29th day of November, 2006, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

/s/ James W. Parkman, III
OF COUNSEL