**COURTROOM DEPUTY MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: 11/29/2006

DIGITAL RECORDING: 11:09 - 11:14 am  
11:14 - 11:18 am

- ☑ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☑ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd  
DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 1:06cr230-WKW ~ W  
DEFT. NAME: Afzal A. KHAN

USA: Brown  
ATTY: Martin Adams  
Type Counsel: (☑ Retained); ( ) Panel CJA; ( ) Waived; ( ) CDO; ( ) Stand In ONLY

USPTSO/USPO: ___

Defendant ___ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ___ YES NAME: ___

- ☐ kars. — Date of Arrest ___ or ☐ karsr40
- ☑ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☑ kcnsl. — Deft. First Appearance with Counsel
- ☐ Deft. First Appearance without Counsel
- ☐ Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff. — Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted — ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _Parkman + Associates_
- ☐ Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. — Detention Hearing ☐ held; ☐ set for ___
- ☐ kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. — Release order entered. Deft. advised of conditions of release
- ☐ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $___. Deft released (kloc LR)
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- ☐ Preliminary Hearing ☐ Set for ___
- ☐ ko. — Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☑ karr. — ARRAIGNMENT SET FOR: ___ ☑ HELD. Plea of **NOT GUILTY** entered.
- ☑ Set for 2-5-07 Trial Term; ☐ PRETRIAL CONFERENCE DATE: ___
- DISCOVERY DISCLOSURES DATE: 12-8-06
- ☑ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for ___
- ☐ kwvspt — Waiver of Speedy Trial Act Rights Executed