| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** December 18, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:16 - 3:18 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 1:06cr230-WKW  **DEFENDANT(S)** Afzal A. Khan

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Todd Brown | * * * * * | John Steenslander |

☐ **DISCOVERY STATUS:**
    Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Notice of intent to change plea to be filed on or before noon on 1/24/07

☐ **TRIAL STATUS**
    Trial likely        Trial time - 2 days

☐ **REMARKS:**

Case 1:06-cr-00230-UWC-SRW   Document 16   Filed 12/18/2006   Page 1 of 1