IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITE STATES OF AMERICA, | * | |
| V. | * | CASE NO: 1:06cr230-WKW-SRW |
| AFZAL A. KHAN, | * | |
| DEFENDANT. | * | |

## NOTICE OF APPEARANCE

COMES NOW M. John Steensland, III, the undersigned counsel, and enters his Notice of Appearance for Defendant, Afzal A. Khan, in the above styled case.

Dated this the 18th day of December, 2006.

Respectfully submitted,

PARKMAN, ADAMS & WHITE, LLC

_____
M. JOHN STEENSLAND, III (STE168)
ATTORNEY FOR DEFENDANT
739 WEST MAIN STREET
DOTHAN, AL 36301
(334) 792-1900
(334) 712-1352 FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 18th day of December, 2006, I have delivered a copy of the same to the U.S. Attorney.

_____
OF COUNSEL