**COURTROOM DEPUTY'S MINUTES**     **DATE:** January 12, 2007

**MIDDLE DISTRICT OF ALABAMA**     **Digital Recording:** 3:04 - 3:06

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 1:06cr230-WKW     **DEFENDANT(S)** Afzal A. Khan

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Todd Brown | * | Richard Martin Adams |

☐ **DISCOVERY STATUS:**
   No problems

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Notice of intent to change plea to be filed on or before noon on 1/24/07

☐ **TRIAL STATUS**
   Likely trial
   Trial time - 2 days

☐ **REMARKS:**