IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-230-WKW |
| | ) | |
| AFZAL A. KHAN | ) | |

**ORDER**

It is ORDERED that a status conference is set for **February 1, 2007, at 1:30 p.m.**, in the chambers of the undersigned. Trial counsel for the parties shall attend the conference.

At the conference, trial counsel shall furnish to the court: (1) a complete set of copies of the proposed documentary and photographic exhibits, pre-marked and bound in a three-ring binder; and (2) an exhibit list containing the following headings: "Exhibit Number," "Description of Exhibit," "Objection? Y/N," and "Admitted? Y/N."

Trial counsel may contact chambers if further instruction is needed.

DONE this 19th day of January, 2007.

　　　　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE