IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| V. | *   CASE NO: 1:06cr230-WKW |
| AFZAL A. KHAN, | * |
| DEFENDANT. | * |

## DEFENDANT'S PROPOSED VOIR DIRE

1. Do any of you know or are you related by blood or marriage to any of the following United States Attorneys?

   i. Leura Garrett Canary, U.S. Attorney- present in courtroom

   ii. Louis Franklin, Assistant U.S. Attorney

   iii. Todd Brown, Assistant U.S. Attorney-present in courtroom

   iv. Kent Brunson, Assistant U.S. Attorney

   v. Steve Feaga, Assistant U.S. Attorney

   vi. Tommie Hardwick, Assistant U.S. Attorney

   vii. A. Clark Morris, Assistant U.S. Attorney

   viii. J.B. Perrine, Assistant U.S. Attorney

   ix. Susan Redmond, Assistant U.S. Attorney

   x. Christopher A. Snyder, Assistant U.S. Attorney

   xi. Verne Speirs, Assistant U.S. Attorney

2. Are any of you friends with, or related by blood or marriage to any U.S. Attorneys or Assistant U.S. Attorneys?

3. Are any of you friends with, or related by blood or marriage to any person who works in any courthouse?

If so, please stand and state your name and the person you know or the courthouse in which the person works.

4. Are any among you or your friends or relatives related by blood or marriage to a member of any law enforcement agency including military police?

If so, please stand and state your name, the person that you know, what law enforcement agency the person worked with, and how you know that person.

5. Have any of you now, or have ever been a member of any law enforcement agency or military police?

If so, please stand and state your name and what law enforcement agency you are or were with and what capacity.

6. Have you, or any member of your family, ever been employed with any Federal Agency of the United States Government or State Government?

If so, please stand, state your name and the Federal or State Agency which you or your family member was employed?

7. Are there any among you who know anyone else on this jury prior to today?

If so, please stand, state your name, state who you know and how you know this person.

8.   Have any of you, or any of your friends or relative ever been the victim of a crime?

If so, please stand and state your name, the nature of the crime, whether the crime was solved and if so, whether the person convicted.

9.   Have any of you, or any of your close friends or relatives ever been involved, in any manner, with any type of domestic abuse or family violence?

If so, please stand and state your name.

10.  Were any of you born or have any relatives that live in the Northeastern Section of the United States?

If so, please stand and state your name and the location.

11.  Do any of you have circumstances presently in your life, that would prevent you from taking the time to hear all the necessary facts and information that you need to make a complete and informed verdict in this case?

If so, please stand and state your name and the nature of the circumstance.

12.  Are there any among you who have ever been injured yourself or had a close friend or family member injured by an assault from another person?

If so, please stand and state your name.

13.  Have any of you or have you ever known anyone who was placed in great fear of being hurt or injured by the actions of another person?

If so, please stand and state the circumstances by which the person was put in fear.

14.  Do any of you know any of the following individuals?

If so, please stand and state your name and how you know the particular individual.

    i.    Tiffany Jones- Cottonwood, AL or Pansey, AL

    ii.    Bill Rafferty-Houston County Sheriff's Department

    iii.    David Jones-Pansey, Al

    iv.    Deputy Misti Williams-Houston County Sheriff's Department

    v.    Donald Valenza-Houston County Sheriff's Department

    vi.    Todd Register-D.S.F.M.

    vii.    Jeff Hunter-Houston County Sheriff's Department

    viii.    Leslie H. Brown-United States Attorney's Office

    ix.    John Kass-Oaklyn, NJ

    x.    Barbara Bok-Manahaukan, NJ

    xi.    James Corcoran-Galloway Township, NJ

    xii.    Barbara Morgan-Egg Harbor Township, NJ

    xiii.    Dr. Jeffrey Strickland-Veterinarian, Dothan, AL

    xiv.    Jonathan Falcone- Palmyra, PA

15.    Have any of you ever appeared as a witness, as a Government witness, in a criminal prosecution in State or Federal Court?

If so, please stand and state the type and nature of the case you were to be a witness on.

16.    Have any of you or anyone you know ever been involved in a domestic

dispute or divorce?

    If so, please stand and state your name.

17. Have any of you, or any of your close friends or relatives, ever felt like you were the victim of mental or emotional abuse by another person?

    If so, please stand and state your name.

    A. Do any of you have any daughters that are presently under the age of 28 years?

    If so, please stand and state your name and the age of your daughter.

    B. Would any of you view any party differently if they used profanity during their conversations?

    If so, please stand and state your name.

    C. Have any of you ever testified in any domestic violence case, harassment case, or assault case?

    If so, please stand and state your name.

    D. Do any of you feel that someone from Middle Eastern roots or heritage is more likely capable of committing terrorist acts?

    If so, please stand and state your name.

18. Do any of you feel, because of the number of charges against the Defendant, AFZAL KHAN, or the very nature of these charges, that the defendant, AFZAL KHAN, probably did something wrong or in violation of the law?

If so, please stand and state your name.

Dated this the 29th day of January, 2007.

                                          Respectfully submitted,

                                          s/ James W. Parkman, III
                                          JAMES W. PARKMAN, III(PAR032)
                                          PARKMAN, ADAMS & WHITE, LLC
                                          505 North 20th Street, Suite 825
                                          Birmingham, AL 35203
                                          (205) 244-1920
                                          (205) 244-1171 Fax
                                          parkman@graceba.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

**Todd A. Brown**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197

                                          s/ James W. Parkman, III
                                          OF COUNSEL