IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA, *

V. * CASE NO: 1:06cr230-WKW

AFZAL A. KHAN, *

DEFENDANT. *

### DEFENDANT AFZAL KHAN'S PROPOSED JURY INSTRUCTIONS

COMES NOW the defendant, AFZAL KHAN, and requests  that this Honorable Court read to the jury the following propositions of law, and to instruct the jury that said propositions are correct propositions of law.

**PARKMAN, ADAMS & WHITE, LLC**

**s/ James W. Parkman, III**
**JAMES W. PARKMAN, III(PAR032)**
**505 North 20th Street**
**Suite 825**
**Birmingham, AL 35203**
**(205) 244-1920**
**(205) 244-1171 Fax**
**parkman@graceba.net**

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

**Todd A. Brown**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197

s/ James W. Parkman, III _____
**505 North 20th Street**
**Suite 825**
**Birmingham, AL 35203**
**(205) 244-1920**
**(205) 244-1171 Fax**
**parkman@graceba.net**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,         *

V.         *   CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,         *

DEFENDANT.         *

## DEFENDANT'S REQUESTED CHARGE N0. 1

I charge you, members of the Jury, that the defendant, AFZAL KHAN, has entered a plea of not guilty as to the charges against him.

**ADMITTED**
_____

**REFUSED**
_____

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,          *

V.                                 *     CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,                     *

DEFENDANT.                        *

## DEFENDANT'S REQUESTED CHARGE NO. 2

I charge you, members of the Jury, that the presumption of innocence with which the Defendant, AFZAL KHAN, enters into the trial is a fact in the case which must be considered with all the evidence and is not to be disregarded by you.

**ADMITTED**

_____

**REFUSED**

_____

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,          *

V.                                 *     CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,                     *

DEFENDANT.                         *

## DEFENDANT'S REQUESTED CHARGE NO. 3

    I charge you, members of the Jury, that if there is a reasonable probability that the

Defendant in this case is innocent, arising from the evidence, there is a reasonable

doubt as to his guilt.

**ADMITTED**

_____

**REFUSED**

_____

4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,          *

V.                                 *     CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,                     *

DEFENDANT.                         *

## DEFENDANT'S REQUESTED CHARGE NO. 4

I charge you, members of the Jury, that a reasonable possibility of innocence is the equivalent of a reasonable doubt and requires the acquittal of a Defendant in a criminal prosecution.

**ADMITTED**

_____

**REFUSED**

_____

5

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,          *

V.                                 *   CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,                     *

DEFENDANT.                         *

### DEFENDANT'S REQUESTED CHARGE NO. 5

I charge you, members of the Jury, that there is a presumption of innocence, a cloak of innocence wrapped around the shoulder of the defendant, when he walks into the court. That presumption of innocence would not require the defendant to prove anything. This presumption not only walks in the door with the defendant, but it remains wrapped around his shoulder like a cloak, until the burden of proof has been met by the Government. The Government has the burden of proving the charge as a whole and each material allegation thereof beyond a reasonable doubt.

**ADMITTED**

_____

**REFUSED**

_____

6

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,      \*

V.      \*   CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,      \*

DEFENDANT.      \*

## DEFENDANT'S REQUESTED CHARGE NO. 6

      I charge you, members of the Jury, that I have no opinion as to the facts of this case; it is not my business to have any. Even if I did have an opinion it would be highly improper for me to intimate or suggest it to you. I have no opinion as to the facts of the case and I do not want you to think anything I have said or ruling I have made determining the law of this case that I think one way or the other about the facts of this case.

**ADMITTED**

_____

**REFUSED**

_____

7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,      *

V.      *   CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,      *

DEFENDANT.      *

## DEFENDANT'S REQUESTED CHARGE NO. 7

I charge you, members of the Jury, that the indictment in this case is not any evidence against the defendant.  It is merely the formal method under our Constitution by which a defendant is accused of a crime and placed on trial.  It provides no proof, nor presumption, nor inference that the defendant is guilty of the offense charged therein.

**ADMITTED**

_____

**REFUSED**

_____

8

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,    *

V.    *   CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,    *

DEFENDANT.    *

### DEFENDANT'S REQUESTED CHARGE NO. 8

I charge you, members of the Jury, that circumstances which merely arouse suspicion

of guilt will not serve as a basis for conviction.

**ADMITTED**

_____

**REFUSED**

_____

9

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,     *

V.     *   CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,     *

DEFENDANT.     *

## DEFENDANT'S REQUESTED CHARGE NO. 9

I charge you, members of the Jury, that the defendant, AFZAL KHAN, should not be convicted of a crime on mere suspicion of or fear that he might have committed the act; the theory that the defendant did so commit the act must be supported by the legal evidence before you.

**ADMITTED**

_____

**REFUSED**

_____

10

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,            *

V.                                   *    CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,                       *

DEFENDANT.                           *

## DEFENDANT'S REQUESTED CHARGE NO. 10

I charge you, members of the Jury, that the test of the sufficiency of circumstantial

evidence is whether the circumstances have proved, to the exclusion of all reasonable doubt,

the guilt of the defendant.  There should not be a conviction upon circumstantial evidence

unless it excludes every other reasonable hypothesis other than that of the guilt of the

accused.  No matter how strong may be the circumstances, if they can be reconciled with the

theory that the defendant is innocent, then the guilt of the accused is not shown by that full

measure of proof the law requires, and the defendant should be acquitted.

**ADMITTED**

_____

**REFUSED**

_____

11

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,           *

V.                                  *    CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,                      *

DEFENDANT.                          *

### DEFENDANT'S REQUESTED CHARGE NO. 11

I charge you, members of the Jury, that when the Government offers testimony or evidence that a defendant made a statement or admission to someone the Jury should consider the evidence concerning such statement with caution and great care.

It is for you to decide (1) whether the defendant made the statement and (2) if so, how much weight to give to it. In making those decisions, you should consider all of the evidence about the statement, including the circumstances under which the defendant may have made it.

**ADMITTED**

_____

**REFUSED**

_____

12

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,    \*

V.    \*   CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,    \*

DEFENDANT.    \*

## DEFENDANT'S REQUESTED CHARGE NO. 12

I charge you, members of the Jury, that if you are satisfied that any witness has not testified truthfully, and is unworthy of belief, you may disregard the testimony of that witness.

**ADMITTED**

_____

**REFUSED**

_____

13

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,          *

V.                                 *     CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,                     *

DEFENDANT.                         *

## DEFENDANT'S REQUESTED CHARGE NO. 13

I charge you, members of the Jury, that in all criminal cases under the law of our land, every person on trial has the right to offer their standing in the community before the jury, not for the purpose of disproving that they did not do a thing, or that they did do a thing, but if they can show a good reputation it is for the jury to look at what reputation in connection with all of the rest of the evidence to say whether or not a person of such standing would have done the thing they are charged with having done, and if after considering all the testimony, the jury has a reasonable doubt as to whether a person would do what they are charged with having done, bearing that good reputation, if the jury believes that has been established, then that may be sufficient to generate a reasonable doubt.


ADMITTED

_____

REFUSED

_____

14

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,       *

V.                             *   CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,            *

DEFENDANT.             *

## DEFENDANT'S REQUESTED CHARGE NO. 14

I charge you, members of the Jury, that it is in your sole discretion, if you see fit to do so, to disregard the testimony of any witness whom you find to be of "bad character and unworthy of belief".

ADMITTED

_____

REFUSED

_____

15

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,          *

V.                                 *    CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,                     *

DEFENDANT.                         *

## DEFENDANT'S REQUESTED CHARGE NO.15

I charge you, members of the jury, that

(1)     Another part of your job as jurors is to decide how credible or believable each witness was. This is your job, not mine. It is up to you to decide if a witness's testimony was believable, and how much weight you think it deserves. You are free to believe everything that a witness said, or only part of it, or none of it at all. But you should act reasonably and carefully in making these decisions.

(2)     Let me suggest some things for you to consider in evaluating each witness's testimony.

A.     Ask yourself if the witness was able to clearly see or hear the events. Sometimes even an honest witness may not have been able to see or hear what was happening, and may make a mistake.

B.     Ask yourself how good the witness's memory seemed to be. Did the witness seem able to accurately remember what happened?

C.     Ask yourself if there was anything else that may have interfered with

16

the witness's ability to perceive or remember the events.

        D.    Ask yourself how the witness acted while testifying. Did the witness appear honest? Or did the witness appear to be lying?

        E.    Ask yourself if the witness had any relationship to the state or the defendant, or anything to gain or lose from the case, that might influence the witness's testimony. Ask yourself if the witness had any bias, or prejudice, or reason for testifying that might cause the witness to lie or to slant the testimony in favor of one side or the other.

        F.    Ask yourself if the witness testified inconsistently while on the witness stand, or if the witness said or did something, or failed to say or do something, at any other time that is inconsistent with what the witness said while testifying. If you believe that the witness was inconsistent, ask yourself if this makes the witness's testimony less believable. Sometimes it may; other times it may not. Consider whether the inconsistency was about something important, or about some unimportant detail. Ask yourself if it seemed like an innocent mistake, or if it seemed deliberate.

        G.    And ask yourself how believable the witness's testimony was in light of all the other evidence. Was the witness's testimony supported or contradicted by other evidence that you found believable?

ADMITTED

_____

REFUSED

_____

17

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,          *

V.                                 *    CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,                     *

DEFENDANT.                         *

## DEFENDANT'S REQUESTED CHARGE NO: 16

I charge you, members of the jury, that evidence has been introduced tending to establish an alibi–that the defendant was not present at the time when, or at the place where, the defendant is alleged to have committed the offense charged in the indictment.

It is, of course, the Government's burden to establish beyond a reasonable doubt each of the essential elements of the offense, including the involvement of the defendant; and if, after consideration of all the evidence in the case, you have a reasonable doubt as to whether the defendant was present at the time and place as alleged in the information, you must find the defendant not guilty.

United States v. Rhodes, 569 F.2d 384 (5th Cir.1978),cert. Denied, 439 U.S. 844, 99, S.Ct. 138, 58 L.Ed.2d 143 (1978) approved instruction in substantially same form.

APPROVED

_____

REFUSED

_____

18

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,     *

V.     *   CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,     *

DEFENDANT.     *

## DEFENDANT'S REQUESTED CHARGE NO: 17

I charge you, members of the jury, that every fact which is essential to prove an element of the offense must be proved beyond a reasonable doubt.

*In re Winship*, 397 U.S. 358, 364 (1970); *Flore v. White*, 531 U.S. 225 (2001)

APPROVED

_____

REFUSED

_____

19

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,    *

V.    *    CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,    *

DEFENDANT.    *

## DEFENDANT'S REQUESTED CHARGE NO: 18

I charge you, members of the jury, that each fact which is essential to complete a set of circumstances necessary to establish the defendant's guilt must be proved beyond a reasonable doubt. In other words, before an inference essential to establish guilt may be found to have been proved beyond a reasonable doubt, each fact or circumstance on which the inference necessarily rests must be proved beyond a reasonable doubt.

*See generally In re Winship*, 397 U.S. 358 (1970)

APPROVED

_____

REFUSED

_____

20

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,    *

V.    *   CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,    *

DEFENDANT.    *

## DEFENDANT'S REQUESTED CHARGE NO: 19

I charge you , members of the jury, that there exists no intimidation or harassment to another person if the conduct or conversation serves a legitimate purpose.

*U.S. v. Bowker,*372 F.2d 365 (6th Cir.1004).

ADMITTED

_____

REFUSED

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,     *

V.          *   CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,     *

DEFENDANT.     *

## DEFENDANT'S REQUESTED CHARGE NO: 20

I charge you , members of the jury, that for telephone calls to another person to be considered as harassment, the calls must be predominantly, if not exclusively, for the purpose of invading the other person's privacy and communicating express and implied threats of bodily harm.

*U.S. v. Landham*, 251 F.3d 1072 (6th Cir.2001).

ADMITTED

_____

REFUSED

_____

22

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,          *

V.                                 *    CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,                     *

DEFENDANT.                         *

### DEFENDANT'S REQUESTED CHARGE NO: 21

I charge you , members of the jury, that the term stalking consists of a willful course of conduct involving repeated or continuing harassment of another individual that would cause a reasonable person to feel terrorized, frightened, intimidated, threatened, harassed, or molested and that actually causes the person to feel terrorized, frightened, intimidated, threatened, harassed or molested.

*U.S. v. Bowker*, 372 F.2d 365 (6th Cir.2004)

ADMITTED

_____

REFUSED

_____

23

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,          *

V.                                 *    CASE NO: 1:06cr230-WKW

AFZAL A. KHAN,                     *

DEFENDANT.                         *

## DEFENDANT'S REQUESTED CHARGE NO: 22

I charge you , members of the jury, that the term "course of conduct" means a pattern

of conduct composed of two or more acts, evidencing a continuity of purpose.

*U.S. Code, Title 18. §2266 (2)*

ADMITTED

_____

REFUSED

_____

24