IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION\

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AFZAL A. KHAN. | ) | CR. NO. 1:06-CR-230-WKW |

O R D E R

The Order scheduling a status conference (Doc. #21) is VACATED.

Done this the 29th day of January, 2007.

                                            /s/   W.  Keith Watkins
                                     UNITED STATES DISTRICT JUDGE