## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.1:06cr230-WKW |
| | ) | |
| AFZAL A. KHAN | ) | |
| Defendant. | ) | |

### JUROR QUESTIONNAIRE CERTIFICATION

I, _TODD A. BROWN_, counsel for _United States_, do

hereby certify that I will keep confidential the information contained in the juror questionnaires

and that I agree to be responsible for their receipt, review, maintenance, and destruction. No

copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy.

Upon completion of the empaneling of the jury I will ensure that all copies (including electronic

copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to

serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any

dissemination of juror information, either intentional or negligent, will subject me and my client

to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror

questionnaires and certify that they will keep confidential the information contained in the juror

questionnaires.

Signature of Counsel of Record: _____

Printed Name of Counsel of Record: _TODD A. BROWN_

Date: _1/30/07_

If applicable, signature of Person Obtaining Questionnaires: _Debbie Shaw_

Printed Name of Person Obtaining Questionnaires: _Debbie Shaw_

Date: _2.2.07_

_Received CD on 2/5/07 msn_

# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA )
     Plaintiff, )
                )
vs. )             Case No.1:06cr230-WKW
                )
     AFZAL A. KHAN )
          Defendant. )

## JUROR QUESTIONNAIRE CERTIFICATION

I, _James W. Parkman_ counsel for _Afzal A. Khan_, do

hereby certify that I will keep confidential the information contained in the juror questionnaires

and that I agree to be responsible for their receipt, review, maintenance, and destruction. No

copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy.

Upon completion of the empaneling of the jury I will ensure that all copies (including electronic

copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to

serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

     I, the undersigned, make this representation with the understanding that any

dissemination of juror information, either intentional or negligent, will subject me and my client

to sanction as a violation of this court's instructions to keep all juror information confidential.

     I, the undersigned, authorize my staff to obtain on my behalf the juror

questionnaires and certify that they will keep confidential the information contained in the juror

questionnaires.

Signature of Counsel of Record: _____
Printed Name of Counsel of Record: _James W. Parkman III_
Date: _1/26/07_

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: _Josh McKeown_
Date: _1/2/07_

Received CD on 2/5/07 MJM