IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | CRIMINAL ACTION NUMBER |
| | ) | **1:06-cr-230-UWC** |
| | ) | |
| **AFZAL A. KHAN** | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF JURY TRIAL**

PLEASE TAKE NOTICE that the jury trial in the above-entitled action, previously set for Monday, February 5, 2007, has been RESCHEDULED. Jury selection is scheduled for Thursday, April 12, 2007 at 10:00 a.m. However, all parties should be prepared to address all pending pretrial matters at 9:00 a.m. The jury trial will commence the week of April 16, 2007 at 9:00 a.m., before the Honorable U.W. Clemon, United States District Judge, at the Frank M. Johnson Federal Courthouse in Montgomery, Alabama.

DEBRA P. HACKETT, CLERK

By /s/ Kecia L. Lightner,

Deputy Clerk

Date: February 9, 2007