```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
```

UNITED STATES OF AMERICA,     *

V.                            *

AFZAL A. KHAN,                *     CASE NO: 1:06cr230-WKW

DEFENDANT.                    *

### MOTION FOR WRITTEN ORDER FOR RELEASE FROM CUSTODY

COMES NOW the defendant, Afzal A. Khan, by and through his undersigned counsel of record, and moves this Court to write an order for the release of the defendant from federal custody on his own recognizance.

In support of this request, Defendant Khan respectfully shows this Honorable Court the following:

1.  On February 5, 2007, the Honorable U.W. Clemon entered an oral order allowing defendant to be released from federal custody on his own recognizance.

2.  This order has not been reduced to writing.

3.  Counsel for the defendant contacted the U.S. Marshals office a week after this oral order and inquired into when defendant was to be released from federal custody. Counsel was informed by the U.S.

Marshals office that they had no intention of releasing defendant from their custody because there was no evidence of the Court's order.

WHEREFORE, Defendant asks this Court to reduce this oral order into writing and direct the U.S. Marshals office to follow this Court's order and release the defendant on his own recognizance.

Dated this the 22nd day of February, 2007.

Respectfully submitted,

s/ R. Martin Adams
PARKMAN, ADAMS & WHITE, LLC
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 244-1920
(205) 244-1171 Fax
parkman@graceba.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

**Todd A. Brown**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197

                                            s/ R. Martin Adams
                                            PARKMAN, ADAMS & WHITE, LLC
                                            505 North 20th Street, Suite 825
                                            Birmingham, AL 35203
                                            (205) 244-1920
                                            (205) 244-1171 Fax
                                            parkman@graceba.net