IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | Criminal Action |
| **AFZAL A. KHAN,** | ) | **1:06-cr-230-UWC** |
| | ) | |
| Defendant. | ) | |

**ORDER AUTHORIZING RELEASE OF DEFENDANT
PENDING TRIAL**

Without objection from the Government, it is hereby ORDERED that the Defendant be released by the United States Marshal, on his own recognizance, pending the disposition of this case.

Done this 23rd day of February, 2007.

_____
U.W. Clemon
United States District Judge
sitting by designation