**COURTROOM DEPUTY'S MINUTES**            **MIDDLE DISTRICT OF ALABAMA**

---

❒ **INITIAL APPEARANCE**            **DATE: February 26, 2007**
√ **BOND HEARING**
❒ **DETENTION HEARING**            **Digital Recording 4:25 - 4:35**
❒ **PRELIMINARY (EXAMINATION)(HEARING)**
❒ **REMOVAL HEARING (R.40)**
❒ **ARRAIGNMENT**

---

**PRESIDING MAG. JUDGE: Susan Russ Walker**     **DEPUTY CLERK: Joyce Taylor**
**CASE NO. 1:06cr230-UWC**     **DEFENDANT NAME: AFZAL A. KHAN**
**AUSA: Clark Morris**     **DEFT. ATTY: James Parkman**
           Type Counsel: (√)Retained; ( ) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS: Sandra Wood**
**Interpreter needed: ( √ ) NO; ( )YES   Name:**

---

| | |
|---|---|
| ❒ | Date of Arrest or ❒ Arrest Rule 40 |
| ❒ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| ❒ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❒ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT - Plea of NOT GUILTY entered. |
| |       DISCOVERY DISCLOSURE DATE: |
| ❒ | CRIMINAL TERM: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |