AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

**AFZAL A. KHAN**

**NOTICE**

CASE NUMBER: 1:06-cr-00230-UWC

TYPE OF CASE:   ☐ CIVIL     X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

JURY TRIAL BEFORE JUDGE U. W. CLEMON WILL PROCEED IMMEDIATELY FOLLOWING JURY SELECTION ON APRIL 12, 2007, AT 9:00 A.M.

X **TAKE NOTICE** that a proceeding in this case has been RESCHEDULED as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex One Church Street Montgomery, AL 36104 | Jury Selection: 4/12/07 Trial: Week of 4/16/07 | **APRIL 12, 2007, 9:00 AM** |

DEBRA P. HACKETT, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

*/s/ signature*
(BY) DEPUTY CLERK

April 3, 2007
DATE