IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-CR-0230-UWC |
| | ) | |
| **AFZAL A. KHAN** | ) | |

**JOINT MOTION TO CONTINUE TRIAL**

**COMES NOW** Defendant, by and through Counsel for Defendant, R. Martin Adams, Esq., and the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court to continue the trial in this matter from its current April 12, 2007 setting. In support of this motion the parties offer the following:

1. This Court set the jury selection and trial in this matter for April 12, 2007. The previous setting in this matter was February 5, 2007. Because of some voluminous discovery issues, this Court granted Defendant's motion to continue the trial from that term.

2. In the intervening period between February and this date, Defendant and the United States have been in discussions about resolving this matter. As a result of those discussions, Defendant has agreed to provide information to law enforcement which may be helpful in furthering other investigations. This information is scheduled to be provided at a meeting between Defendant and law enforcement agents on April 4, 2007.

3. Further, Defendant is scheduled to stand trial on April 16, 2007–four days after the current federal trial setting–in Houston County, Alabama, on criminal charges related to the instant federal charges. It is the belief of Defendant and the Government that the result of the Houston County cases may resolve the federal matter, without a need for trial.

4. Accordingly, Defendant and the United States respectfully requests this Honorable Court

to continue the trial in this matter to some time during or after the June 4, 2007 criminal trial term. Doing so will allow Defendant to complete any cooperation with the Government, and will allow Defendant to resolve all criminal issues with the State of Alabama, both of which may result in the resolution in the instant federal matter. A continuance in this matter is based on other charges against Defendant, and is in the interest of justice. See 18 U.S.C. §§ 3161(h)(1)(D) and (8)(A).

Respectfully submitted, this the 4th day of April, 2007.

| | |
|---|---|
| R. MARTIN ADAMS | LEURA G. CANARY |
| ATTORNEY FOR DEFENDANT | UNITED STATES ATTORNEY |
| | |
| /s/ R. Martin Adams | /s/ Todd A. Brown |
| R. Martin Adams | Todd A. Brown |
| PARKMAN, ADAMS, & WHITE, LLC | Assistant United States Attorney |
| 505 North 20th Street, Suite 825 | One Court Square, Suite 201 |
| Birmingham, AL 35203 | Montgomery, AL 36104 |
| (205) 244-1920 | (334) 223-7280 |
| (205) 244-1711 fax | (334) 223-7135 fax |
| parkman@graceba.net | todd.brown@usdoj.gov |