IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| vs. | ) | CRIMINAL ACTION NUMBER |
| | ) | **1:06-cr-230-UWC** |
| | ) | |
| **AFZAL A. KHAN** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Joint Motion to Continue Trial (Doc. 44). The motion is hereby GRANTED.

Done this 5th day of April, 2007.

U.W. Clemon
United States District Judge