IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| V. | *   CASE NO: 1:06cr230-WKW |
| AFZAL A. KHAN, | * |
| DEFENDANT. | * |

### MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW the defendant, Afzal A. Khan, by and through his undersigned counsel, and moves this Honorable Court to modify the conditions of the defendant's release, and as grounds therefore would show as follows:

1. When the Federal Court determined the conditions of the defendant's release, the defendant still had State charges pending in Houston County, Alabama, in which, the defendant was being held without bond.

2. Said State charges were the underlying basis for the Federal charges.

3. On or about April 17, 2007, the defendant had a jury trial and the jury returned a unanimous verdict of NOT GUILTY on the underlying charges that are the basis of the Federal charges.

4. Defendant was then released from State custody.

5. The defendant then proceeded to the Federal Probation Office in Montgomery, Alabama, in order to comply with the conditions of his release given by the Federal Court.

6. The defendant was required to wear an ankle bracelet and was limited to his travel that directly involves his employment within the State of New Jersey.

7. The defendant's employment requires him to meet with clients outside of the State

of New Jersey at a moments notice.

8. The defendant does not oppose calling his probation officer any time he leaves the State to notify her of where he will be traveling, or in the alternative wearing a GPS device.

9. The defendant is requesting a modification of the conditions of his release to allow him to travel outside of New Jersey to fulfill his job requirements.

WHEREFORE, the defendant prays this Honorable Court will grant this motion and modify the conditions of the defendant's release as requested.

Dated this the 24th day of April, 2007.

PARKMAN, ADAMS & WHITE, LLC

s/ James W. Parkman, III
ATTORNEY FOR DEFENDANT
505 20th Street North, Suite 825
Birmingham, AL 35203
(205) 244-1920
(205) 244-1171 FAX
parkman@graceba.net

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing using the CM/ECF filing system which will serve a copy upon all counsels of record.

Dated this the 24th day of April, 2007.

s/ James W. Parkman, III
ATTORNEY FOR DEFENDANT
505 20th Street North, Suite 825
Birmingham, AL 35203
(205) 244-1920
(205) 244-1171 FAX
parkman@graceba.net