IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr230-WKW |
| | ) | |
| AFZAL A. KHAN | ) | |

**ORDER**

Upon consideration of defendant's motion to modify conditions (Doc. # 46), filed April 24, 2007, and the government and probation having no objection to the motion, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED as follows:

The conditions of release imposed upon the defendant February 26, 2007, shall be modified to remove the condition requiring the defendant to participate in the home confinement program with electronic monitoring. All other conditions imposed shall remain in effect.

DONE, this 14th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE