IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-CR-0230-UWC |
| | ) | |
| AFZAL A. KHAN | ) | |

**UNOPPOSED MOTION FOR LEAVE
TO DISMISS INDICTMENT WITHOUT PREJUDICE**

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment heretofore filed in the above-styled cause to Afzal A. Khan ("Khan"), as follows:

1. A Houston County, Alabama, jury acquitted Khan in April of state charges which, as a practical matter, form the underlying basis for the instant federal prosecution.

2. Thus, the United States moves, in the interest of justice, for leave to dismiss the federal indictment in the instant matter without prejudice.

3. The United States has contacted counsel for Khan about the nonprejudicial nature of the dismissal, and counsel does not object to the indictment in the instant matter being dismissed without prejudice.

Respectfully submitted, this the 15th day of May, 2007.

                    Respectfully submitted,

                    LEURA G. CANARY
                    UNITED STATES ATTORNEY

                    /s/ Todd A. Brown
                    TODD A. BROWN
                    Assistant United States Attorney
                    One Court Square, Suite 201
                    Montgomery, Alabama 36104
                    Telephone: (334) 223-7280
                    Fax: (334) 223-7135
                    E-mail: todd.brown@usdoj.gov

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-CR-0230-UWC |
| | ) | |
| | ) | |
| **AFZAL A. KHAN** | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: todd.brown@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-CR-0230-UWC |
| | ) | |
| AFZAL A. KHAN | ) | |

**O R D E R**

    Upon consideration of the Unopposed Motion for Leave to Dismiss the Indictment Without Prejudice as to Afzal A. Khan, heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

    DONE this ____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE


**DISMISSAL OF INDICTMENT**

    Comes now the United States of America with leave of the Court first had and obtained and dismisses, without prejudice, the Indictment heretofore filed in the above-styled cause as to Afzal A. Khan.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Todd A. Brown
    TODD A. BROWN
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: todd.brown@usdoj.gov