IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | Criminal Case Number |
| **AFZAL A. KHAN,** ) | **1:06-cr-0230-UWC** |
| ) | |
| Defendant. ) | |

## DISMISSAL ORDER

For good cause shown, the United States' Motion For Leave to Dismiss Indictment Without Prejudice, (Doc. 48), is hereby GRANTED.

This action is hereby DISMISSED, without prejudice.

Done this 16th day of May, 2007.

_____
U.W. Clemon
United States District Judge,
sitting by designation